IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PICKNEY ALSBROOK, | ) |
| Plaintiff, | ) |
| v. | ) CIV. ACT. NO. 2:19-cv-673-TFM-MU |
| INTERNATIONAL PAPER COMPANY, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order that was entered on on this same date (Doc. 39), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** judgment is entered in favor of Defendant International Paper Company and against Plaintiff Pickney Alsbrook and all of Plaintiff's claims are **DISMISSED with prejudice**.[1]

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 29th day of September 2021.

                       s/Terry F. Moorer
                       TERRY F. MOORER
                       UNITED STATES DISTRICT JUDGE

---

[1] In its response to *Plaintiff's Motion to Dismiss Counts Three, Four, Six, and Seven of his Complaint* (Doc. 29), Defendant states it still believes it is entitled to recover costs. To the extent Defendant still makes that assertion, Defendant is **ORDERED** to file by **October 14, 2021**, a motion for its costs that are associated with litigating the four Counts that have been voluntarily dismissed. As part of that motion and brief, Defendant must support its position that it is entitled to costs associated with the voluntarily dismissed claims. Further, Defendant must specifically address the presumption that Plaintiff's counsel complied with the Fed. R. Civ. P. 11(b) obligations and did not unreasonably pursue the claims that were ultimately voluntarily dismissed.